**FILED**

October 1, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>JACOB DANIEL COBB,　　　　　　)<br>　　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Case No. CR.S-10-0290-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JACOB DANIEL COBB, Case No. CR.S-10-0290-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

　　_X_ Unsecured Appearance Bond

　　___ Secured Appearance Bond

　　_X_ (Other) Conditions as stated on the record.

　　_X_ (Other) The defendant is released to the 3rd party custody of Louis Cobb.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-01-10  at  3:15 a.m.

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge